# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:07cv64

| | | |
|---|---|---|
| JOHN A. McALLISTER, JR., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| C. ERIC HUNTER, his wife, | ) | |
| JOCELYN HUNTER; and | ) | |
| PHOENIX COLVARD MOUNTAIN, | ) | |
| LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Sanctions (#24). The court has conducted an expedited review of such motion and it appears from the representations in such motion by counsel that defendants may well have intentionally disobeyed the Orders of this court by failing to participate in discovery. Because a charge of disobedience of court Orders is a serious matter, an expedited briefing schedule will be imposed on this motion and this matter set for hearing that shall be attended by all counsel of record and all parties. Failure to attend by any party will result in a recommendation that pleadings be stricken and that entry of default and default judgment be summarily entered against such party. If plaintiff is seeking a sum certain, plaintiff shall bring to the hearing appropriate paperwork showing such sums in a verified and otherwise admissible form. Plaintiff should also come prepared to submit in a verified manner the amount of his attorneys costs and fees. In presenting his contentions regarding such fees the plaintiff should address all factors which are

enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 715 (5th Cir. 1974) as modified by <u>Hensley v. Eckerhart</u>, 461 U.S. 424 (1983)  Defendants shall file their response to this motion by July 3, 2008, and plaintiff shall file his reply, if any, by July 9, 2008.

## ORDER

**IT IS, THEREFORE, ORDERED** that

(1)   defendants shall file their response to plaintiff's Motion for Sanctions by July 3, 2008;

(2)   plaintiff shall file his reply, if any, by July 9, 2008; and

(3)   plaintiff's Motion for Sanctions (#24) is **CALENDARED** for hearing on Friday, July 11, 2008, at 11:30 a.m. in Courtroom No. 2, U.S. Courthouse, 100 Otis St., Asheville, NC.  All counsel and all parties shall personally appear.

Signed: June 25, 2008

Dennis L. Howell
United States Magistrate Judge