UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JOHN A. MCALLISTER, JR.<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOCELYN HUNTER,<br>　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 5:07CV64 |

DECISION BY COURT. This action having come before the Court by jury trial and a decision having been rendered by the jury:

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against the above-captioned Defendant in accordance with the Jury Verdict in favor of Plaintiff filed on November 20, 2009.

In accordance with the Jury Verdict, Plaintiff is entitled to recover damages from Defendant in the amount of $178,875.00. Plaintiff is further entitled to prejudgment interest accruing from July 31, 2006, which is the date of Defendant's breach, and continuing until the date of this judgment. N.C. GEN. STAT. § 24-5. The rate of prejudgment interest shall be the legal rate of eight percent (8%) per annum. N.C. GEN. STAT. § 24-1. Post judgment interest shall be awarded at the rate of 0.29%, compounded annually, as provided for in 28 U.S.C. § 1961(a)-(b). Costs to be taxed by the clerk.

Signed: November 25, 2009

Richard L. Voorhees
United States District Judge